OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

| Marcia M. Waldron | FOR THE THIRD CIRCUIT | Telephone |
| Clerk | 21400 United States Courthouse | 267-299-4916 |
| | 601 Market Street | |
| | Philadelphia PA 19106-1790 | |

www.ca3.uscourts.gov

September 21, 2006

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108

**RE: Docket No. 05-3427**
   **USA  vs. Parker**
   **D.C. Criminal No. 01-cr-00248-3**

Dear Mrs. D'Andrea:

   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.

                    Very truly yours,
                    MARCIA M. WALDRON
                    Clerk

                    /s/ Anthony Infante
               By:  Anthony W. Infante
                    Case Manager

Enclosure

cc:
    Christy H. Fawcett, Esq.
    William A. Fetterhoff, Esq.