PROB 35  **Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.   Docket No. 1:01-CR-248-04

**THADDEUS NATHANIAL WESTRY**

On October 22, 2004, the above-named commenced a supervised release term of three years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

*[signature]*

Fonda L. Steele
U.S. Probation Officer
Date: November 1, 2006

**FILED**
HARRISBURG, PA
NOV 0 6 2006
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ____ day of __Nov__, 2006

*[signature]*
United States District Judge